AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

**Melanie Bright**
V.
**Sherwood Nursing and Rehab**

**NOTICE**

CASE NUMBER: **4:17-cv-00832-JMR**

TYPE OF CASE:

[X] CIVIL      [ ] CRIMINAL

[X] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock AR 72201 | 4B |
|  | DATE AND TIME<br>**June 17, 2020 at 9:30 a.m.** |

TYPE OF PROCEEDING

Settlement conference before the **U.S. Magistrate Judge Jerome T. Kearney.**
Counsel are reminded to have a party present with full authority to settle. Pursuant to General Order 54, counsel are allowed to bring electronic devices to the courthouse for this proceeding, please show this notice to the court security officers on duty.

[ ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 28, 2020

/s/  LaShawn M. Coleman
(BY) DEPUTY CLERK

TO:   Defendant's Attorney
      Melanie Bright