IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELANIE BRIGHT**                                                                            **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CV-00832-JM**

**SHERWOOD NURSING**                                          **DEFENDANT**
**AND REHAB**

## DEFENDANT'S STATUS REPORT

COMES NOW, Defendant, Sherwood Nursing and Rehab ("Sherwood"), by and through its attorneys, Friday, Eldredge & Clark, LLP, and submits the following Status Report:

1. **The date and results of any settlement conference** – A virtual settlement conference is currently set for June 17, 2020, before Magistrate Judge Kearney.

2. **Settlement prospects** – Over the last few weeks, the prospects for settlement have deteriorated significantly from the Defendant's prospective, and a settlement is unlikely. Since the time the Defendant agreed to participate in a settlement conference, Plaintiff has failed to appear for her deposition, resulting in wasted time and resources, and Defendant has used other resources in preparing a Motion to Dismiss and Motion for Summary Judgment.

3. **Estimated length of trial** – Two days if tried to a jury.

                                         Respectfully submitted,

                                         H. Wayne Young, Jr.  (Bar No. 2003128)
                                         FRIDAY, ELDREDGE & CLARK, LLP
                                         400 West Capitol Avenue, Suite 2000
                                         Little Rock, Arkansas 72201-3522
                                         Telephone:     501-370-1402
                                         Facsimile:       501-244-5305
                                         Email:             wyoung@fridayfirm.com

                                         *Attorneys for Defendant*

FEC\39379\0015\7702942.v1-6/2/20

## **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing Status Report has been electronically filed of record on this 2nd day of June, 2020, using the Court's CM/ECF electronic filing system, which shall send notice of said filing to all parties of record, and a copy has been sent via U.S. Mail to:

Melanie Bright
2403 Koko Drive
Sherwood, AR 72120-1679