# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELANIE BRIGHT**                                                 **PLAINTIFF**

**V.**                 **CASE NO: 4:17-CV-00832 JM**

**SHERWOOD NURSING**
**AND REHAB**                                                     **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 20th day of July, 2020.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE